1216

No. 96–8143. RIEFLIN v. IOWA. Sup. Ct. Iowa. Certiorari denied.

No. 96–8146. ARTEAGA v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 96–8147. FIELDS v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 96–8150. SCHWARZ v. DEPARTMENT OF JUSTICE. C. A. D. C. Cir. Certiorari denied.

No. 96–8151. LOWE v. BOONE. Ct. Crim. App. Okla. Certiorari denied.

No. 96–8157. LOWE v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 96–8160. WOODS v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 96–8161. THONGVANH v. AULT, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 96–8164. PETRICK v. REYNOLDS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 96–8166. ROSS v. GROOSE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 96–8167. JACKSON v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 96–8174. HAMILTON v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 96–8175. HENRY v. WILLIAMSON ET AL. C. A. 8th Cir. Certiorari denied.

No. 96–8176. HILL v. CSC CREDIT SERVICES, INC. C. A. 5th Cir. Certiorari denied.

No. 96–8188. YOUNG v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.